UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** | 22-55453

**Case Name** | David Marks v. UMG Recordings, Inc., et al.

**Hearing Location** (*city*) | Pasadena, CA

**Your Name** | Sean A. Commons

List the sitting dates for the three sitting months you were asked to review:

June 5-9, 2023, July 10-14, 2023, and August 14-18, 2023

Do you have an unresolvable conflict on any of the above dates?  ○ Yes  ● No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes  ● No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** | /s/ Sean A. Commons    **Date** | 02/27/2023

(use "s/[typed name]" *to sign electronically-filed documents*)

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 32**                                                                 *New 12/01/2018*