UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 04 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DAVID MARKS, an individual on behalf of himself and all others similarly situated,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>UMG RECORDINGS, INC., a Delaware corporation and CAPITOL RECORDS, LLC,<br><br>        Defendants - Appellees. | No. 22-55453<br><br>D.C. No. 2:21-cv-04043-MCS-JPR<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |

The judgment of this Court, entered July 13, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                            FOR THE COURT:

                                            MOLLY C. DWYER
                                            CLERK OF COURT